### TRADING TECHNOLOGIES INTERNATIONAL, INC., Plaintiff–Appellant

v.

### ROSENTHAL COLLINS GROUP, LLC, Futurepath Trading, LLC, Tradehelm, Inc., Defendants

### Tradestation Securities, Inc., IBG LLC, Interactive Brokers LLC, Tradestation Group, Inc., Defendants–Appellees

2016–2223

United States Court of Appeals, Federal Circuit.

October 11, 2016

Leif R. Sigmond, Jr., McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by Michael David Gannon, Jennifer Kurcz, Cole Bradley Richter; Steven Borsand, Trading Technologies International, Inc., Chicago, IL.

David J. Healey, Fish & Richardson, PC, Houston, TX, argued for all defendants-appellees. Defendants-appellees Tradestation Securities, Inc., Tradestation Group, Inc. also represented by Bailey Kathleen Harris; Adam J. Kessel, Boston, MA.

Michael Brett Levin, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, for

defendants-appellees IBG LLC, Interactive Brokers LLC. Also represented by NATALIE J. MORGAN, San Diego, CA; GIDEON A. SCHOR, New York, NY.

## JUDGMENT

Per Curiam (Newman, Lourie, and Clevenger, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**